UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

BRUCE WALTON,

                Plaintiff,

                                                        **Affidavit of service**

        -against-                                       Case No: 07 CV 2093

THE CITY OF NEW YORK, POLICE OFFICER
PATRICK AGUGLIARO shield # 5789, POLICE
OFFICER STEPHEN PERRETTA shield # 26248,
POLICE OFFICER CHET WAKIE shield # 1936,
POLICE OFFICER RICHARD LAZAR shield # 0920,
NEW YORK CITY POLICE OFFICERS JANE/JOHN
DOE #'s 1-10

                Defendant,
_____X

    Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered two true copies of the Summons and Complaint upon the defendant The City of New York, via its agent:

Soraya Bonit, Process Clerk
Corporation Counsel for the City of New York
100 Church Street, 4th Floor
New York, New York 10007

    Ms. Bonit is an African American woman. She has dark brown hair. Her height is approximately 5' 7", and her weight is approximately 130 pounds. I delivered the above documents on April 15, 2008 at 12:38 p.m.

Dated: **Brooklyn, NY**
          **April 15, 2008**

                                                    *[signature]*
                                                  By: Nicquan Bannister
                                                  189 Grafton Street, Brooklyn, NY 11212

Sworn to before me this
this 15TH day of APRIL, 2007

_____
NOTARY PUBLIC

                                          DAVID A. ZELMAN
                                          NOTARY PUBLIC, State of New York
                                          No. 02ZE6025678
                                          Qualified in New York County
                                          Commission Expires June 1, 20 11