```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 5 2008
```

David A. Zelman, Esq.
612 Eastern Parkway
Brooklyn, New York
11225
(718) 604-3072

**MEMO ENDORSED**

Via Fax:
Honorable Paul A. Crotty
United States District Court
Southern District of New York
40 Centre Street, Rm 2102
New York, New York 10007

July 14, 2008

*July 15, 2008*

*The Clerk of Court is directed to transfer this case to the U.S. District Court (EDNY) So Ordered*

*Paul A. Crotty*
*USDJ*

Re: Walton v. City of New York et. al.
Civ No.: 08 CV 3534 (PAC)

Hon. Paul A. Crotty:

Please be advised that the parties have conferenced this matter and have agreed to transfer this matter to the Eastern District of New York. The plaintiff resides in Queens and the events took place predominantly in Queens.

The parties request that if your Honor is inclined to transfer this matter to the Eastern District, that the conference currently scheduled for Thursday, July 17 be adjourned indefinitely.

Thank-you for your consideration.

Very Truly Yours:

David A. Zelman, Esq.,

Via Fax:    212 788 9776
            Morgan Kunz, Esq.
            Corporation Counsel
            100 Church St
            New York, NY 10007